| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER (Tran. Court)<br>3:02CR00270(AHN) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court)<br>4:04CR00046 JCH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| KEVIN DERN | CONNECTICUT | BRIDGEPORT |
| 6368 John Hancock Court<br>Bensalem, Pennsylvania 19020 | NAME OF SENTENCING JUDGE<br>ALAN H. NEVAS | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>9/13/2003 | TO<br>9/12/2004 |

OFFENSE

MISPRISON OF A FELONY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/8/03
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-8-04
Effective Date

_____
United States District Judge