**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| KEVIN F. ROWE<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | VICTORIA C. MINOR<br>CHIEF DEPUTY CLERK |
| | | CHRYSTINE CODY<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

February 17, 2004

United States District Court
Office of the Clerk
U.S. Courthouse
1114 Market Street
St. Louis, MO 63101

re:     Your case number: ~~03cr564 OG~~  4:04cr46
        Our number: 3:02cr210(AHN)

        USA v Kevin Dern

I am forwarding the certified documents from the Bridgeport file in accordance with our procedures in a probation transfer to another district. Enclosed please find the following papers:

           Certified copies of the docket sheet
           Order
           Information
           Judgment

Please sign and return a copy of this letter in the enclosed envelope. Please call me at (203) 579-5539 if I can be of further assistance.

Yours very truly,

Kevin F. Rowe, Clerk

Yelena Gutierrez
Deputy Clerk

Enclosures