United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

July 30    2002

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kevin F. Rowe, Clerk

By_____
   Deputy Clerk

| UNITED STATES OF AMERICA | : | CASE NO. 3:02CR 210 (AHN) |
|---|---|---|
| v. | : | Violation: Title 18 United States Code §4 |
| KEVIN DERN | : | [Misprision of a Felony] |

### INFORMATION

The Unites States Attorney charges:

### COUNT ONE

On or about February 9, 2001, in the District of Connecticut and elsewhere, the defendant, KEVIN DERN, having knowledge of the actual commission of felony by others cognizable by a court of the United States, to wit, distribution of child pornography in violation of Title 18, United States Code §2252A(a)(2), did attempt to conceal same by secreting evidence of said child pornography at his home, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States,

In violation of Title 18 United States Code § 4.

THE UNITED STATES OF AMERICA

JOHN A. DANAHER III
UNITED STATES ATTORNEY

JAMES I. GLASSER
CHIEF, CRIMINAL DIVISION

KARI A. DOOLEY
ASSISTANT UNITED STATES ATTORNEY

I hereby certify that the foregoing is a true copy of the original document on file. Date: 2-19-04
KEVIN F. ROWE
Clerk

By_____
   Deputy Clerk