CLOSED

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:02-cr-00210-AHN-ALL
### Internal Use Only

**Case title:** USA v. Dern
**Other court case number(s):** None
**Magistrate judge case number(s):** None

**Date Filed:** 07/30/02

---

**Assigned to:** Alan H. Nevas
**Referred to:**

**Defendant(s)**
-----------------------

**Kevin Dern** (1)
*TERMINATED: 10/22/2002*

represented by **Joseph W. Martini**
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436
203-319-4000
Fax : 203-259-0251
Email: jmartini@pepehazard.com
*TERMINATED: 10/22/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**
-----------------------

18:4.F WITHHOLDING
INFORMATION ON A CRIME
(Misprison of a Felony)
(1)

**Disposition**
----------------

10 months imprisonment; 1 year
supervised release with special conditions;
$100 special assessment

**Highest Offense Level (Opening)**
-----------------------------------------

Felony

**Terminated Counts**

**Disposition**

---

None

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

**USA**     represented by    **Kari Anne Dooley**
U.S. Attorney's Office-BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604
203-696-3000
Fax : 203-579-5575
Email: kari.dooley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 07/30/2002 | | **Added Government Attorney Kari Anne Dooley (Montz, A.) (Entered: 08/01/2002) |
| 07/30/2002 | 1 | INFORMATION filed in open Court as to Kevin Dern (1) count(s) 1 (Montz, A.) (Entered: 08/01/2002) |
| 07/30/2002 | 2 | Initial presentment held as to Kevin Dern Defendant informed of rights. (AHN) (Montz, A.) (Entered: 08/01/2002) |
| 07/30/2002 | 3 | WAIVER OF INDICTMENT executed in open court by Kevin Dern (Montz, A.) (Entered: 08/01/2002) |
| 07/30/2002 | 4 | Plea Agreement Letter as to Kevin Dern (Montz, A.) (Entered: 08/01/2002) |

| 07/30/2002 | 5 | Personal Recognizance BOND dated 7/30/02 as to Kevin Dern (Montz, A.) (Entered: 08/01/2002) |
|---|---|---|
| 07/30/2002 | | **Added for Kevin Dern Attorney Joseph W. Martini (Montz, A.) (Entered: 08/01/2002) |
| 08/08/2002 | 6 | MOTION by Kevin Dern on Consent for Permission to Travel to Maryland (Gutierrez, Y.) (Entered: 08/08/2002) |
| 08/09/2002 | | ENDORSEMENT granting [6-1] motion on Consent for Permission to Travel to Maryland as to Kevin Dern (1) ( Signed by Mag. Judge Holly B. Fitzsimmons ) (Montz, A.) (Entered: 08/13/2002) |
| 10/18/2002 | 7 | SENTENCING MEMORANDUM by Kevin Dern (Barrille, J.) (Entered: 10/21/2002) |
| 10/21/2002 | 8 | Sentencing held Kevin Dern (1) count(s) 1 ( AHN) (Montz, A.) (Entered: 10/22/2002) |
| 10/22/2002 | 9 | JUDGMENT as to Kevin Dern (1) count(s) 1. 10 months imprisonment; 1 year supervised release with special conditions; $100 special assessment ( Signed by Judge Alan H. Nevas ) (Montz, A.) (Entered: 10/22/2002) |
| 10/22/2002 | | **Case closed as to defendant Kevin Dern (Montz, A.) (Entered: 10/22/2002) |
| 10/22/2002 | 10 | MOTION by Kevin Dern to Extend Time for voluntary surrender (Barrille, J.) (Entered: 10/22/2002) |
| 10/28/2002 | | SPECIAL ASSESSMENT in the amount of $ 100.00 paid in full as to Kevin Dern . Receipt # B004977 (Beverly, T.) (Entered: 11/21/2002) |
| 10/30/2002 | | ENDORSEMENT granting [10-1] motion to Extend Time for voluntary surrender to 11/15/02 at 2:00 p.m. as to Kevin Dern (1) ( Signed by Judge Alan H. Nevas ) (Montz, A.) (Entered: 10/30/2002) |
| 12/09/2002 | | Pre Sentence Report returned to U.S. Probation Office as to Kevin Dern (Montz, A.) (Entered: 12/09/2002) |
| 01/02/2003 | 11 | Acknowledged Receipt of Pre Sentence Report by U.S.P.O. as to Kevin Dern (Montz, A.) (Entered: 01/10/2003) |
| 02/02/2004 | 12 | Probation Jurisdiction Transferred to Eastern District of Missouri as to Kevin Dern Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Gutierrez, Y.) (Entered: 02/11/2004) |

I hereby certify that the foregoing
is a true copy of the original document
on file. Date: 2-17-04
KEVIN F. ROWE
Clerk
By
Deputy Clerk